No. 16,988.

SHARP v. THE PEOPLE.
(258 P. [2d] 770)

Decided June 8, 1953.    Rehearing denied June 29, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ROBERT D. INMAN, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. NORMAN COMSTOCK, Assistant, for the people.